JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL JONES,<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 13-5306 DSF<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

   This action having been tried before the Court sitting with a jury, the Honorable  Dale S. Fischer  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

   IT IS ORDERED AND ADJUDGED that the plaintiff(s):

___

take nothing; that the action be dismissed on the merits; and that the defendant(s):

___

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                        Clerk, U. S. District Court

Dated: 2/13/17                          By /s/ Debra Plato
                                            Deputy Clerk

At: Los Angeles

cc:   Counsel of record