# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES,<br><br>    Defendant. | Case No. CV13-5306 DSF (AJWx)<br><br>**[PROPOSED] JUDGMENT**<br><br><br><br>**MATTER FOR DETERMINATION BEFORE THE HONORABLE DALE S. FISCHER** |

/ / /

/ / /

/ / /

The duly-empaneled jury having rendered a verdict in favor of Defendant County of Los Angeles on February 9, 2017, and based thereon:

IT IS HEREBY ADJUDGED AND ORDERED that judgment is entered in favor of Defendant County of Los Angeles and against Plaintiff Mitchell Jones, and that Plaintiff Mitchell Jones shall take nothing in this action.

Dated: 2/27/17

*Dale S. Fischer*
Honorable Dale S. Fischer